**Michael P.L. GREGG–WILSON, Plaintiff–Appellant,**

v.

**EFC TRADE INC.; Duncan M. Anderson; James Herbst; Jennifer Yarnell; Abraham J. Turner; Romi Y. Robinson; Leland M. Caulder, Jr., Defendants–Appellees,**

and

**South Carolina Department of Employment and Workforce, Defendant.**

No. 13–2266.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2014.

Decided: Feb. 28, 2014.

Michael P.L. Gregg–Wilson, Appellant Pro Se. John Stanley Lord, Jr., Foley & Lardner LLP, Orlando, Florida; David Thomas Duff, Duff, White & Turner, LLC, Columbia, South Carolina, for Appellees.

Before KEENAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael P.L. Gregg–Wilson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and Gregg–Wilson's informal brief on appeal, and we conclude that this appeal is frivolous. · *See Neitzke v. Williams,* 490 U.S. 319, 325, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989); *Gregg–Wilson v. EFC Trade Inc.,* No. 3:12–cv–02923–TLW (D.S.C. filed Sept. 13, 2013; entered Sept. 16, 2013). Accordingly, we dismiss · the appeal. *See* 28 U.S.C. § 1915(e)(2)(B) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*